Behar, Berga & De Zayas, LLC, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Upon consideration of oral argument, the parties' briefs, and the record, we affirm for the reasons set forth in the district court's well-reasoned opinion of August 21, 2006.

**AFFIRMED.**

**ACCESS 4 ALL, INC., Felix M. Esposito, individually, Plaintiffs–Appellants,**

v.

**CASA MARINA OWNER, LLC, a foreign limited liability company, Defendant–Appellee.**

No. 07–10281.

United States Court of Appeals, Eleventh Circuit.

Feb. 5, 2008.

John P. Fuller, Thomas B. Bacon, Fuller Fuller & Associates, North Miami, FL, for Plaintiffs–Appellants.

Aaron Behar, Alan S. Feldman, Margaret Hood Mevers, Lydecker, Lee Behar

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

In this Americans with Disabilities Act case, the appellants Access 4 All, Inc. and Felix Esposito appeal from the district court's October 3, 2006 order dismissing the case on mootness grounds and awarding attorney's fees to Appellee Casa Marina Owner, LLC. With the consent of all parties, we hereby vacate the district court's order of October 3, 2006 dismissing the case and remand the cause for further proceedings. We also vacate the district court's order of October 3, 2006 awarding attorney's fees to Casa Marina Owner, LLC.

**VACATE and REMAND.**